AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>Louie Ison Mangampat<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2019-MJ-73<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 25, 2019 in the county of _____ in the _____ District of the Virgin Islands, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2241(a)(1) | Aggravated Sexual Abuse by Force |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tressa S. Aughburns, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/26/2019

_____
*Judge's signature*

City and state: St. Thomas, VI

Ruth Miller, U.S. Magistrate Judge
*Printed name and title*