# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0068 |
| ) | |
| **LOUIE ISON MANGAMPAT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the trial in this matter currently scheduled for March 21, 2022. For the reasons stated on the record during the telephonic status conference held on March 10, 2022, it is hereby

**ORDERED** that the United States' Emergency Motion for Witness Deposition, ECF No. 156, is **DENIED**; it is further

**ORDERED** that the United States' Motion to Continue Trial, ECF No. 149, is **GRANTED**; it is further

**ORDERED** that the time beginning from the date of this order granting an extension through July 25, 2022, **SHALL** be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later than July 18, 2022, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than July 20, 2022;[1] it is further

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.

*United States v. Mangampat*
Case No.: 3:19-cr-0068
Order
Page 2 of 2

**ORDERED** that the jury selection and trial in this matter **SHALL** commence promptly at 9:30 a.m. on July 25, 2022, in St. Thomas Courtroom 1; and it is further

**ORDERED** that, beginning April 15, 2022, and every 15th of the month thereafter, the United States **SHALL** provide the Court with a notice indicating whether it has communicated with its essential witnesses, and whether those witnesses are prepared to attend trial on July 25, 2022.

**Dated:** March 14, 2022                              /s/*Robert A. Molloy*
                                                                            **ROBERT A. MOLLOY**
                                                                            **Chief Judge**